JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUN 27, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$103,668.46 IN FUNDS SEIZED FROM EAST WEST BANK ACCOUNT 8739,<br><br>Defendant. | No. CV 18-07505-VAP (Ex)<br><br>[PROPOSED] CONSENT JUDGMENT OF FORFEITURE |

Plaintiff and claimants Tiffany Ann Henschel and Todd J. Schellbach made a stipulated request for entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Tiffany Ann Henschel and Todd J. Schellbach filed claims in this case and would have filed answers absent this settlement. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant bank funds. Any potential claimants to the defendant bank funds other than Tiffany Ann

1

Henschel and Todd J. Schellbach are deemed to have admitted the allegations of the complaint with respect to the defendant bank funds.

2. $103,668.46 in bank funds, and all interest earned thereon shall be forfeited to the United States, and no other right, title, or interest shall exist therein.

3. The court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: June 27, 2019

THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section